**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| IN RE ZETIA (EZETIMIBE) ANTITRUST LITIGATION<br><br>*Related Cases:*<br><br>*FWK Holdings, LLC v. Merk & Co., Inc. et al,* 2:18-cv-00023-RBS-DEM<br><br>*and*<br><br>*Cesar Castillo, Inc. v. Merck & Co., Inc., et al,* 2:18-cv-00039-RBS-DEM<br><br>*and*<br><br>*Rochester Drug Cooperative, Inc. v. Merck & Co., Inc., et al,* 2:18-cv-00071-RBS-DEM | MDL No. 2:18-md-2836<br><br>Direct Purchaser Class Action |

**DIRECT PURCHASER CLASS PLAINTIFFS'
MOTION FOR CONSOLIDATION, COORDINATION,
AND APPOINTMENT OF CLASS COUNSEL**

In accordance with Federal Rules of Civil Procedure 23(g)(1) and 23(g)(3), counsel for the direct purchaser plaintiffs in *FWK Holdings, LLC v. Merck & Co., Inc.,* 18-cv-0023-RBS-DEM (E.D.Va), *Cesar Castillo, Inc. v. Merck & Co.,* Inc, 18-cv-0035-RBS-DEM (E.D. Va.), and *Rochester Drug Co-Operative, Inc. v. Allergan, Inc.,* 18-cv-00108-RBS-DEM (E.D.Va.) (the "direct purchaser class actions") hereby move for an order (1) consolidating the direct purchaser class actions, (2) coordinating the direct purchaser class actions with the end payer class actions and the action filed on behalf of retailer plaintiffs to the extent practicable, (3) appointing local counsel, lead counsel, an executive committee for the direct purchaser class actions and (4) appointing class counsel for the proposed direct purchaser class pursuant to Rule 23(g).

In support of this motion, the direct purchaser class plaintiffs file herewith a memorandum of law and a proposed order.

Dated: July 2, 2018　　　　　　　　　　　　　Respectfully submitted,

**/s/William H. Monroe, Jr.**
William H. Monroe, Jr.
Marc C. Greco
Kip A. Harbison
Richard S. Glasser
Michael A. Glasser
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510
Telephone: (757) 625-6787
Facsimile: (757) 625-5959
bill@glasserlaw.com
marcg@glasserlaw.com
kip@glasserlaw.com
richardg@glasserlaw.com
michael@glasserlaw.com

*Proposed Liaison Counsel for Plaintiff FWK Holdings, LLC, Cesar Castillo, Inc, Rochester Drug Cooperative, Inc. and the Proposed Direct Purchaser Class*

| | |
|---|---|
| John D. Radice | Thomas M. Sobol |
| Radice Law Firm, P.C. | Kristen A. Johnson |
| 34 Sunset Blvd | Edward Notargiacomo |
| Long Beach, NJ 08008 | Hannah Schwarzschild |
| Telephone: (646) 245-8502 | Hagens Berman Sobol Shapiro LLP |
| Facsimile: (609) 385-0745 | 55 Cambridge Parkway, Suite 301 |
| jradice@radicelawfirm.com | Cambridge, MA 02142 |
| | Tel.: (617) 482-3700 |
| | Fax: (617) 482-3003 |
| Joseph M. Vanek | tom@hbsslaw.com |
| David P. Germaine | kristenj@hbsslaw.com |
| Jeffrey R. Moran | ed@hbsslaw.com |
| John P. Bjork | hannahs@hbsslaw.com |
| Vanek, Vickers & Masini, P.C. | |
| 55 W. Monroe, Suite 3500 | Steve D. Shadowen |
| Chicago, IL 60603 | Matthew C. Weiner |
| Telephone: (312) 224-1500 | Hilliard & Shadowen LLP |
| jvanek@vaneklaw.com | 2407 S. Congress Ave, Suite E 122 |

| | |
|---|---|
| dgermaine@vaneklaw.com<br>jmoran@vaneklaw.com<br>jbjork@vaneklaw.com | Austin, TX 78704<br>Telephone: (855) 344-3298<br>steve@hilliardshadowenlaw.com<br>matt@hilliardshadowenlaw.com |
| Paul E. Slater<br>Matthew T. Slater<br>Sperling & Slater, P.C.<br>55 W. Monroe, Suite 3200<br>Chicago, IL 60603<br>Telephone: (312) 641-3200<br>pes@sperling-law.com<br>mslater@sperling-law.com | Joseph H. Meltzer<br>Terence S. Ziegler<br>Kessler Topaz Meltzer & Check LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610-667-7706<br>Facsimile: 610-667-7056<br>jmeltzer@ktmc.com<br>tziegler@ktmc.com |

*Counsel for Plaintiff FWK Holdings, LLC and the Proposed Direct Purchaser Class*

Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
Tel: (917) 438-9189
lnussbaum@nussbaumpc.com

*Counsel for Plaintiff Cesar Castillo, Inc. and the Proposed Direct Purchaser Class*

| | |
|---|---|
| David F. Sorensen<br>Zachary D. Caplan<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Fax: (215) 875-4604<br>dsorensen@bm.net<br>zcaplan@bm.net | Barry Taus<br>Archana Tamoshunas<br>Kevin Landau<br>TAUS, CEBULASH & LANDAU, LLP<br>80 Maiden Lane, Suite 1204<br>New York, NY 10038<br>Tel: (646) 873-7654<br>btaus@tcllaw.com<br>atamoshunas@tcllaw.com<br>klandau@tcllaw.com |
| Peter R. Kohn<br>Joseph T. Lukens<br>FARUQI & FARUQI, LLP<br>101 Greenwood Ave, Suite 600<br>Jenkintown, PA 19046<br>Tel: (215) 277-5770<br>Fax: (215) 277-5771<br>pkohn@faruqilaw.com<br>jlukens@faruqilaw.com | Bradley J. Demuth<br>FARUQI & FARUQI, LLP<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>Tel: (212) 983-9330<br>Fax: (212) 983-9331<br>bdemuth@faruqilaw.com |

*Counsel for Rochester Drug Cooperative, Inc. and the Proposed Direct Purchaser Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record who have made a formal appearance.

Dated: July 2, 2018                                       **/s/ William H. Monroe, Jr.**
                                                                       William H. Monroe, Jr. (VSB No. 27441)