# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Thursday, August 9, 2018

MINUTES OF PROCEEDINGS IN   Open Court

PRESENT: THE HONORABLE   Rebecca Beach Smith, CUSDJ, and
Douglas E. Miller, USMJ

Deputy Clerk: *S. Cherry*                    Reporter: Jody Stewart, OCR

| Set: 2:00 p.m. | Started: 2:00 p.m. | Ended: 4:40 p.m. |
|---|---|---|

2:18md2836               In re:  Zetia (Ezetimibe) Antitrust Litigation

Matter came on for Initial Status Conference.

Introduction to the court of counsel and parties (See attached for names of counsel present for the hearing).

Comments of EPP counsel heard re appointment of lead counsel.

Comments of court and counsel heard re each item noted on the agenda (Attachment B in Pretrial Order No. 1).

Hearing scheduled before Magistrate Judge Miller on August 23, 2018, at 2:00 p.m., on the Motion to Dismiss or Stay, etc. in the following cases: 2:18cv23, ECF No. 92; 2:18cv39, ECF No. 69; 2:18cv71, ECF No. 80.

Counsel for Merck Defendants shall file a partially unredacted version of their Memorandum in Support re Motion to Dismiss or Stay, etc. no later than August 13, 2018.

Court to prepare Order.

Court adjourned.

DPP Plaintiffs' Exhibit:   #1 - Comparison Table re Competing Pretrial Schedule Proposals

## **Plaintiffs:**

FWK Holdings, LLC (DPP)
Cesar Castillo, Inc. (DPP)
Rochester Drug Cooperative, Inc. (DPP)
**Local Counsel: William Monroe, Glasser & Glasser**
**Nominated Counsel: Thomas M. Sobol; Kristen A. Johnson, Hagens Berman Sobol Shapiro, LLP**

Walgreen Co. (Retailer)
The Kroger Co. (Retailer)
Albertsons Companies, Inc. (Retailer)
HEB Grocery Company L.P. (Retailer)
**Local Counsel: Craig Reilly**
**Nominated Counsel: Scott E. Perwin, Kenny Nachwalter P.A.**

Rite Aid
**Local Counsel: Craig Reilly**
**Nominated Counsel: Eric Bloom, Hangley Aronchick Segal Pudlin & Schiller**

City of Providence, Rhode Island (EPP)
Painters District Council No. 30, etc. (EPP)
**Local Counsel: Alan Rashkind, Furniss, Davis, Rashkind and Saunders**
**Nominated Counsel: Michael M. Buchman, Motley Rice LLC; Marvin A. Miller, Miller Law LLC**

The Uniformed Firefighters' Association of Greater New York (EPP)
The Retired Firefighters' Security Benefit Fund, etc. (EPP)
**Local Counsel: Alan Rashkind**
**Nominated Counsel: Michael M. Buchman, Motley Rice LLC; Miller Law LLC**

Self Insured Schools of California (EPP)
**Local Counsel: Conrad M. Shumadine, Willcox & Savage, P.C.**
**Nominated Counsel: Joseph R. Saveri, The Joseph R. Saveri Law Firm, Inc.**

## Plaintiffs, continued:

UFCW Local 1500 Welfare Fund (EPP)
**Local Counsel: Susan Podolsky**
**Nominated Counsel: Gregory S. Asciolla, Labaton Sucharow LLP**

Sergeants Benevolent Assoc., etc. (EPP)
Fraternal Order of Police, Miami Lodge (EPP)
International Union of Operating Engineers, etc. (EPP)
Wisconsin Masons' Health Care Fund (EPP)
St. Paul Electrical Workers' Health Plan (EPP)
Philadelphia Federation of Teachers, etc. (EPP)
Law Enforcement Health Benefits Inc. (EPP)
Turlock Irrigation District (EPP)
**Local Counsel: Wyatt B. Durette Jr., Durrette, Arkema Gerson & Gill P.C.**
**Nominated Counsel: Dena C. Sharp, Girard Gibbs LLP**

## Defendants:

Merck & Co., Inc. (Merck)
Merck Sharp & Dohme Corp. (Merck)
Schering-Plough Corp. (Merck)
Schering Corp. (Merck)
MSP Singapore Co. LLC (Merck)
**Local Counsel: Stephen E. Noona, Kaufman & Canoles, P.C.**
**Nominated Counsel: Samuel G. Liversidge, Gibson, Dunn & Crutcher LLP**

Glenmark Pharmaceuticals, Ltd. (Glenmark)
Glenmark Generics Inc., USA (Glenmark)
**Local Counsel: Teri Diaz, Morgan Lewis & Bockius LLP**
**Nominated Counsel: Steven A. Reed, Morgan, Lewis U& Bockius LLP**

Par Pharmaceutical, Inc. (Par)
**Local Counsel: Kathryn Mims, White & Case LLP**
**Nominated Counsel: Eric Grannon, White & Case LLP**