## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

Thursday, August 23, 2018

MINUTES OF PROCEEDINGS IN  Open Court

PRESENT: THE HONORABLE  Douglas E. Miller, USMJ

Deputy Clerk: L. Woodcock               Reporter: Jody Stewart, OCR

| Set: 2:00 p.m. | Started: 2:00 p.m. | Ended: 3:45 p.m. |
|---|---|---|
| 2:18md2836 | In re: Zetia (Ezetimibe) Antitrust Litigation | |

Matter came on for Motions to Dismiss, etc. in 2:18cv23 (ECF 92); 2:18cv39 (ECF 69); and 2:18cv71 (ECF 80).

See attached for names of counsel present for the hearing.

Argument by Ms. Greenblatt for Defendant and response by Mr. Sobol for Plaintiff heard. Comments and questions of the Court.

Court to prepare R&R.

Court adjourned.

EXHIBITS:

DPP Plaintiff's Exhibit 1 - Slide presentations

Defendant's Exhibit 1 - Who Decide if the Dispute is Arbitrable?

Defendant's Exhibit 2 - Merck Authorized Distributor (MAD) Arbitration Agreement by Plaintiff

Defendant's Exhibit 3 - Whether the Dispute is Arbitrable?

**APPEARANCES FOR PLAINTIFFS:**

Thomas Sobol
Kristen Johnson
William Monroe
Scott Perwin
Bradley Vettriano

**APPEARANCES FOR DEFENDANTS:**

Stephen Noona
Jennifer Greenblatt
Samuel Liversidge
Teri Diaz
Brendan Fee
Eric Gannon
Kathryn Mims