# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| In re:<br>ZETIA (EZETIMIBE) ANTITRUST LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br>ALL DIRECT PURCHASER CASES | MDL No. 2:18-md-2836 |

**NOTICE OF DEFENDANTS MERCK & CO., INC.'S, MERCK SHARP & DOHME CORP.'S, SCHERING-PLOUGH CORP.'S, SCHERING CORP.'S, AND MSP SINGAPORE CO. LLC'S JOINDER IN GLENMARK PHARMACEUTICALS, LTD.'S AND GLENMARK GENERICS INC., USA'S MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Defendants Merck & Co., Inc., Merck Sharp & Dohme Corp., Schering-Plough Corp., Schering Corp., and MSP Singapore Co. LLC (collectively, "Merck"), by counsel, hereby give notice of their joinder in Glenmark Pharmaceuticals, Ltd.'s and Glenmark Pharmaceuticals Inc., USA incorrectly identified as Glenmark Generics Inc., USA's (together, "Glenmark") motion to dismiss the Direct Purchaser Plaintiffs' consolidated class action complaint ("Motion to Dismiss") and the grounds and authorities in support of the Motion to Dismiss, as set forth in the Brief in Support of Glenmark's Motion to Dismiss (Dkt. Nos. 157 and 158, respectively).

Dated: October 11, 2018

Respectfully submitted,

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665

Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Samuel G. Liversidge (*pro hac vice*)
Christopher D. Dusseault (*pro hac vice*)
Michael M. Lee (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7855
Facsimile: (213) 229-6855
SLiversidge@gibsondunn.com
CDusseault@gibsondunn.com
MLee@gibsondunn.com

Veronica S. Lewis (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue
Dallas, TX 75201-6912
Telephone: (214) 698-3320
Facsimile: (214) 571-2936
VLewis@gibsondunn.com

Eric J. Stock (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2301
Facsimile: (212) 716-0801
estock@gibsondunn.com

Tarek Ismail (*pro hac vice*)
Jennifer L. Greenblatt (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
564 West Randolph Street, Suite 400
Chicago, IL 60661
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
tismail@goldmanismail.com
jgreenblatt@goldmanismail.com

*Counsel for Defendants Merck & Co., Inc.; Merck Sharp & Dohme Corp.; Schering-Plough Corp.; Schering Corp. and MSP Singapore Co. LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record who have filed an appearance.

Dated: October 11, 2018

                                                  */s/ Stephen E. Noona*
                                                  Stephen E. Noona
                                                  Virginia State Bar No. 25367
                                                  KAUFMAN & CANOLES, P.C.
                                                  150 W. Main Street, Suite 2100
                                                  Norfolk, VA 23510-1665
                                                  Telephone: (757) 624-3239
                                                  Facsimile: (888) 360-9092
                                                  senoona@kaufcan.com

                                                  *Counsel for Defendants Merck & Co., Inc.; Merck Sharp & Dohme Corp.; Schering-Plough Corp.; Schering Corp. and MSP Singapore Co. LLC*