**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| IN RE: ZETIA (EZETIMIBE) ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) MDL No. 18-md-2836 |

**UNOPPOSED MOTION TO EXTEND TIME FOR ZYDUS PHARMACEUTICALS (USA) INC. TO RESPOND TO DIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL**

Zydus Pharmaceuticals (USA) Inc. ("Zydus") respectfully moves to extend the time for Zydus to respond to Direct Purchaser Plaintiffs' Motion to Compel and End Payor Plaintiffs' and Retailers' Motion for Joinder and Adoption of Direct Purchaser Plaintiffs' Motion to Compel to June 14, 2019.  Locke Lord LLP counsel have confirmed no opposition from all necessary counsel for the Direct Purchaser Plaintiffs and End Payor Plaintiffs and Retailers.  A proposed order is attached hereto as Exhibit A.

Dated:  May 30, 2019

Zydus Pharmaceuticals (USA) Inc.

*/s/ Donald C. Schultz*
Donald C. Schultz (VA 30531)
David C. Hartnett (VA 80452)
CRENSHAW, WARE & MARTIN, PLC
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757)  623-5735
dschultz@cwm-law.com
dhartnett@cwm-law.com

Stephen P. Murphy
LOCKE LORD LLP
701 8th Street, N.W.
Suite 700
Washington, D.C. 20001

        Telephone: (202) 478-7376
        steve.murphy@lockelord.com

*Attorneys for Zydus*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing UNOPPOSED MOTION TO EXTEND TIME FOR ZYDUS PHARMACEUTICALS (USA) INC. TO RESPOND TO DIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL was served on counsel of record electronically via ECF on May 30, 2019.

        By: */s/ Donald C. Schultz*
            Donald C. Schultz