**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

IN RE: ZETIA (EZETIMIBE) ANTITRUST
LITIGATION

)
)
)
)
)
)

MDL No. 18-md-2836

## ORDER

It is hereby ordered that the unopposed motion to extend time for Zydus Pharmaceuticals

(USA) Inc. ("Zydus") to respond to Direct Purchaser Plaintiffs' Motion to Compel and End

Payor Plaintiffs' and Retailers' Motion for Joinder and Adoption of Direct Purchaser Plaintiffs'

Motion to Compel is granted. The response of Zydus to Direct Purchaser Plaintiffs' Motion to

Compel and End Payor Plaintiffs' and Retailers' Motion for Joinder and Adoption of Direct

Purchaser Plaintiffs' Motion to Compel will be due on or before June 14, 2019.

IT IS SO ORDERED this 31st day of May, 2019.

_____ /s/
Robert J. Krask
United States Magistrate Judge
United States Magistrate Judge

WE ASK FOR THIS:

ZYDUS PHARMACEUTICALS (USA) INC.

*/s/ Donald C. Schultz*
Donald C. Schultz (VA 30531)
David C. Hartnett (VA 80452)
CRENSHAW, WARE & MARTIN, PLC
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
dschultz@cwm-law.com
dhartnett@cwm-law.com

and

Stephen P. Murphy
LOCKE LORD LLP
701 8th Street, N.W.
Suite 700
Washington, D.C. 20001
Telephone: (202) 478-7376
steve.murphy@lockelord.com

*Attorneys for Zydus*