UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| IN RE: ZETIA (EZETIMIBE) ANTITRUST LITIGATION<br><br>This document relates to:<br>End Payor Plaintiffs and Retailers | MDL No.18-md-2836 |

# END PAYOR PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

End Payor Plaintiffs ("EPPs") hereby give notice of their withdrawal of the Motion to Compel Zydus (Docket No. 280), the matter having been resolved by agreement.

Dated: July 15, 2019

Respectfully submitted,

*/s/ James A. Cales III*
James A. Cales III (VSB No. 41317)
**FURNISS, DAVIS, RASHKIND AND SAUNDERS, PC**
6160 Kempsville Circle, Suite 341B
Norfolk, Virginia 23502
Telephone: (757) 461-7100
Facsimile: (757) 461-0083
jcales@furnissdavis.com

*Liaison Counsel for End-Payor Plaintiffs*

| | |
|---|---|
| Marvin A. Miller | Michael M. Buchman |
| Lori A. Fanning | Michelle Clerkin |
| **MILLER LAW LLC** | **MOTLEY RICE** |
| 115 S. LaSalle Street | 777 Third Avenue |
| Suite 2910 | 27th Floor |
| Chicago, IL 60603 | New York, NY 10017 |
| (312) 332-3400 | (212) 577-0040 |

*Interim Co-Lead Counsel for the Indirect Purchasers*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/ *James A. Cales III*

James A. Cales III (VSB No. 41317)
**Furniss, Davis, Rashkind and Saunders, PC**
6160 Kempsville Circle, Suite 341B
Norfolk, Virginia 23502
Telephone: (757) 461-7100
Facsimile: (757) 461-0083
jcales@furnissdavis.com