# APPENDIX B

## *TABLE OF AUTHORITIES*

Cases

*Allen v. Dairy Farmers of Am., Inc.*,
  No. 5:09-cv-230, 2011 WL 1706778 (D. Vt. May 4, 2011) ...............................................................30
*Am. Sales Co. v. SmithKline Beecham Corp.*,
  284 F.R.D. 127 (E.D. Pa. 2010)..........................................................................................................5, 7
*Am. Sales Co., LLC v. Pfizer, Inc.*,
  No. 2:14-cv-361, 2017 WL 3669604 (E.D. Va. July 28, 2017).................................5, 6, 7, 10, 14
*Amchem Prod., Inc. v. Windsor*,
  521 U.S. 591, 619-620 (1997) ................................................................................................................6
*Amgen Inc. v. Connecticut Ret. Plans & Tr. Funds*,
  568 U.S. 455 (2013) ...............................................................................................................................13
*Andrews v. Bechtel Power Corp.*,
  780 F.2d 124 (1st Cir. 1985) .................................................................................................................10
*Ballard v. Blue Shield of S. W. Va., Inc.*,
  543 F.2d 1075 (4th Cir. 1976) ................................................................................................................9
*Brady v. Thurston Motor Lines*,
  726 F.2d 136, 145 (4th Cir. 1984) .........................................................................................................7
*Brown v. Cameron-Brown Co.*,
  92 F.R.D. 32 (E.D. Va. 1984).................................................................................................................9
*Brown v. Nucor Corp.*,
  576 F.3d 149 (4th Cir. 2009) ..................................................................................................................9
*Comcast Corp. v. Behrend*,
  569 U.S. 27 (2013) .................................................................................................................................14
*Cordes & Co. Fin. Servs., Inc. v. A.G. Edwards & Sons, Inc.*,
  502 F.3d 91 (2d Cir. 2007) ...................................................................................................................13
*Cypress v. Newport News Gen. & Nonsectarian Hosp. Ass'n.*,
  375 F.2d 648, 653 (4th Cir. 1967) .........................................................................................................7
*DeJulius v. New Eng. Health Care Employees Pension Fund*,
  429 F.3d 935 (10th Cir. 2005) .............................................................................................................29
*DG v. Devaughn*,
  594 F.3d 1188 (10th Cir. 2010) ...........................................................................................................20
*Fangman v. Genuine Title, LLC*,
  No. 14-cv-81, 2016 WL 6600509 (D. Md. Nov. 8, 2016) .................................................................7
*FTC v. Actavis, Inc.*,
  133 S. Ct. 2223 (2013)......................................................................................................................14, 17
*Gunnells v. Healthplan Servs., Inc.*,
  348 F.3d 417 (4th Cir. 2003) .................................................................................................6, 11, 20
*Hanover Shoe, Inc. v. United Machinery Corp.*,
  392 U.S. 481 (1968) ...............................................................................................................................16
*In re A.H. Robins Co., Inc.*,
  880 F.2d 709 (4th Cir. 1989) ..................................................................................................................6
*In re Buspirone Patent & Antitrust Litig.*,
  210 F.R.D. 43 (S.D.N.Y. 2002) ........................................................................................................9, 10
*In re Carbon Black Litig.*,
  MDL No. 1453, 2005 WL 102966 (D. Mass. Jan. 18, 2005) ..........................................................11
*In re Cardizem CD Antitrust Litig.*,
  200 F.R.D. 297 (E.D. Mich. 2001) ...................................................................................................9, 10
*In re Cathode Ray Tube (CRT) Antitrust Litig.*,
  308 F.R.D. 606 (N.D. Ca. July 8, 2015) .............................................................................................20
*In re DDAVP Direct Purchaser Antitrust Litig.*,
  05-cv-2237, 2011 WL 12627961 (S.D.N.Y. Aug. 15, 2011)............................................................5
*In re Delta/AirTran Baggage Fee Antitrust Litig.*,
  317 F.R.D. 675 (N.D. Ga. 2016) ............................................................................................................8
*In re Four Seasons Sec. Laws Litig.*,

  59 F.R.D. 667 (W.D. Okl. 1973), *rev'd on other grounds*, 502 F.2d 834 (10th Cir. 1974) ....................................10

*In re Hydrogen Peroxide Antitrust Litig.*,
  552 F.3d 305 (3d Cir.. 2008) ..............................................................................................................13

*In re Jiffy Lube Securities Litig.*,
  927 F.2d 155 (4th Cir. 1991) ..............................................................................................................22

*In re Lidoderm Antitrust Litig.*,
  No. 14-md-2521, 2017 WL 679367 (N.D. Cal. Feb. 21, 2017) ............................................................5

*In re Lorazepam & Clorazepate Antitrust Litig.*,
  202 F.R.D. 12 (D.D.C. 2001) .............................................................................................................14

*In re Magnetic Audiotape Antitrust Litig.*,
  No. 99 Civ 1580, 2001 WL 619305 (S.D.N.Y. June 6, 2001) ............................................................14

*In re Metoprolol Succinate Direct Purchaser Antitrust Litig.*,
  No. 06-cv-052, 2011 WL 13097266 (D. Del. Nov. 16, 2011) .............................................................5

*In re MicroStrategy, Inc. Sec. Litig.*,
  148 F. Supp. 2d 654 (E.D. Va. 2001) .................................................................................................22

*In re Neurontin Antitrust Litig.*,
  MDL No., 1479, 2011 WL 286118 (D.N.J. Jan. 25, 2011) ............................................................5, 24

*In re NeuStar, Inc. Sec. Litig.*,
  No. 1:14-cv-885, 2015 WL 5674798, at *12 (E.D. Va. Sept. 23, 2015) .............................................28

*In re Nexium (Esomeprazole) Antitrust Litig.*,
  296 F.R.D. 47 (D. Mass. 2013) .......................................................................................................5, 7

*In re Nifedipine Antitrust Litig.*,
  246 F.R.D. 365 (D.D.C.2007) ..........................................................................................9, 10, 15, 25

*In re Outer Banks Power Outage Litig.*,
  No. 4:17-cv-141, 2018 WL 2050141 (E.D.N.C. May 2, 2018) ..........................................................27

*In re Prandin Direct Purchaser Antitrust Litig.*,
  No. 10-cv-12141 (E.D. Mich.) (January 20, 2015) ............................................................................24

*In re Prograf Antitrust Litig.*,
  2013 WL 2395083 (D. Mass. April 23, 2013) ...............................................................................5,7, 24

*In re Relafen Antitrust Litig.*,
  218 F.R.D. 337 (D. Mass. 2003) ...............................................................................................5, 9,10, 11

*In re Rubber Chems. Antitrust Litig.*,
  232 F.R.D. 346 (N.D. Ca. Oct. 6, 2005) ............................................................................................20

*In re Skelaxin (Metaxalone) Antitrust Litig.*,
  No. 12-cv-83 (E.D. Tenn.) (September 24, 2014) ..............................................................................24

*In re Solodyn (Minocycline Hydrochloride) Antitrust Litig.*,
  No.14-md-02503, 2017 WL 4621777 (D. Mass. Oct. 16, 2017) ......................................................5, 7

*In re Static Random Access Memory (SRAM) Antitrust Litig.*,
  264 F.R.D. 603 (N.D. Cal. 2009) ..................................................................................................13, 16

*In re The Mills Corp. Sec. Litig.*,
  265 F.R.D. 246 (E.D. Va. 2009) .........................................................................................................22

*In re Titanium Dioxide Antitrust Litig.*,
  284 F.R.D. 328 (D. Md. 2012) .............................................................................................10, 13, 29

*In re Vitamins Antitrust Litigation*,
  No. MDL 1285, 2001 WL 856292 (D.D.C. July 25, 2001) ...............................................................29

*In re Wellbutrin SR Direct Purchaser Antitrust Litig.*,
  No. 04-cv-5525, 2008 WL 1946848 (E.D. Pa. May 2, 2008) ........................................5, 9, 10, 11, 24

*In re Wellbutrin XL*,
  2011 WL 3563385 (E.D. Pa. May 2, 2008) ......................................................................7, 9, 10, 12, 24

*K-Dur*,
  2008 WL 2699390 .............................................................................................................5, 9, 10, 11

*King Drug Co. of Florence, Inc. v. Cephalon, Inc.*,
  No. 06-cv-1797, ECF No. 948 (E.D. Pa. Dec. 17, 2015) ...................................................................29

*Kohen v. Pac. Inv. Mgmt. Co. LLC*,
  571 F.3d 672 (7th Cir. 2009) ..............................................................................................................20

*Landis v. North American Co.*,

   299 U.S. 248 (1936) ..................................................................................................................29
*Little v. T-Mobile USA, Inc.*,
   691 F.3d 1302 (11th Cir. 2012) ................................................................................................8
*Meijer, Inc. v. Abbott Labs.*,
   No. 07-cv-985, 2008 WL 4065839 (N.D. Cal. Aug. 27, 2008) ................................................5
*Meijer, Inc. v. Warner Chilcott Holdings Co. III*, *Ltd.*,
   246 F.R.D. 293, (D.D.C. 2007) ................................................................................7, 9, 10, 25
*Milbourne v. JRK Residential Am., LLC*,
   No. 12-cv-861, 2014 WL 5529731 (E.D. Va. Oct. 31, 2014)...................................................8
*Mylan Pharm., Inc. v. Warner Chilcott Pub. Ltd. Co.*,
   No. 12-cv-3824 (E.D. Pa.) (January 28, 2015) .......................................................................24
*Nat'l Constructors Ass'n v. Nat'l Elec. Contractors Ass'n*,
   498 F. Supp. 510 (D. Md. 1980)..............................................................................................10
*Peoples v. Wendover Funding, Inc.*,
   179 F.R.D. 492, 497 (D. Md. 1998)...........................................................................................7
*Rochester Drug Coop., Inc. v. Braintree Labs.*,
   796 F. Supp. 2d 560, (D. Del. 2011).......................................................................8, 24, 30, 32
*Smilow v. Southwestern Bell Mobile Sys., Inc.*
   323 F.3d 32 (1st Cir. March 7, 2003) .....................................................................................20
*South Carolina Nat'l Bank v. Stone,*
   139 F.R.D. 335 (D.S.C. 1991) ................................................................................................22
*Soutter v. Equifax Info. Servs., LLC*,
   307 F.R.D. 183 (E.D. Va. 2015) .............................................................................................11
*Teva Pharms. USA, Inc. v. Abbott Labs.*,
   252 F.R.D. 213 (D. Del. 2008) .................................................................................5, 9, 10, 15
*Thompson Everett, Inc. v. Nat'l Cable Advert., L.P.*,
   850 F. Supp. 470 (E.D. Va. 1994), *aff'd*, 57 F.3d 1317 (4th Cir. 1995)..................................14
*Thorn v. Jefferson–Pilot Life Ins. Co.*,
   445 F.3d 311 (4th Cir.2006) .....................................................................................................8
*Velasquez-Monterrosa v. Mi Casita Restaurants*,
   No. 5:14-cv-448, 2016 WL 1703351 (E.D.N.C. Apr. 27, 2016) ..............................................9
*Wal-Mart Stores, Inc. v. Dukes*,
   564 U.S. 338 (2011) ..............................................................................................................8, 9
*Ward v. Dixie Nat. Life Ins. Co.,*
   595 F.3d 164 (4th Cir. 2010) ..................................................................................................11
*Wince v. Easterbrooke Cellular Corp.*,
   681 F. Supp. 2d 688 (N.D.W. Va. 2010) ................................................................................29
*Winingear v. City of Norfolk,*
   No. 2:12CV560, 2014 WL 12526327 (E.D. Va. June 5, 2014).............................................21
*Zenith Radio Corp. v. Hazeltine Research*,
   395 U.S. 100 (1969) ................................................................................................................15

Other Authorities

7A Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure § 1768 (3d ed. 2005)
   ................................................................................................................................................11
Hubert Newberg & Alba Conte, *Newberg on Class Actions* § 18.25 (3d ed. 1992)...................13
*Manual for Complex Litigation (Fourth)* §21.632 (West 2004)..................................................21
Richard A. Nagareda, *Class Certification in the Age of Aggregate Proof*, 84 N.Y.U. L. Rev. 97, 132 (2009).............9
*Wellbutrin SR*, 2008 WL 1946848......................................................................................passim