UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In re ZETIA (EZETIMIBE) ANTITRUST
LITIGATION

MDL No. 2:18-md-2836

**THIS DOCUMENT RELATES TO:**
All Cases

### ORDER

This matter comes before the court on Plaintiffs' Motion to Compel Defendant Merck[1] to produce its clawed-back calendar invitation, (ECF No. 763). On January 17, 2020, the court held a teleconference with counsel for all parties. For the reasons stated on the record during that teleconference, the court GRANTS Plaintiffs' Motion, (ECF No. 763).

IT IS SO ORDERED.

/s/
Douglas E. Miller
United States Magistrate Judge
_____
DOUGLAS E. MILLER
UNITED STATES MAGISTRATE JUDGE

January 17, 2020

---

[1] "Merck" includes Merck & Co., Inc., Merck Sharp & Dohme Corp., Schering-Plough Corp., Schering Corp., and MSP Singapore Co. LLC.