# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| IN RE: ZETIA (EZETIMIBE) ANTITRUST LITIGATION | MDL No. 2:18-md-2836 |
| THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER CLASS ACTIONS | |

### DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND ENTRY OF FINAL JUDGMENT AND ORDER OF DISMISSAL AS TO PAR

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the direct purchaser class plaintiffs respectfully move for entry an order, substantially in the form of the proposed order submitted concurrently herewith, granting final approval of their proposed settlement with Par Pharmaceutical, Inc. and dismissing the direct purchaser class plaintiffs' claims against Par Pharmaceutical, Inc. with prejudice.

A [Proposed] Order Granting Direct Purchaser Class Plaintiffs' Motion for Final Approval of Settlement and Entry of Final Judgment and Order of Dismissal as to Par is attached hereto as Exhibit A.

Dated: February 5, 2020                             Respectfully submitted,

/s/ William H. Monroe, Jr.
William H. Monroe, Jr. (VSB No. 27441)
Marc C. Greco (VSB No. 41496)
Kip A. Harbison (VSB No. 38648)
Michael A. Glasser (VSB No. 17651)
GLASSER AND GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510
Telephone: (757) 625-6787

1

|  |  |
|---|---|
|  | Facsimile: (757) 625-5959<br>bill@glasserlaw.com<br>marcg@glasserlaw.com<br>kip@glasserlaw.com<br>michael@glasserlaw.com |
|  | *Local Counsel for Direct Purchaser Plaintiffs FWK Holdings, LLC, Rochester Drug Cooperative, Inc., Cesar Castillo, Inc. and the Proposed Direct Purchaser Class* |
|  | Thomas M. Sobol<br>Kristen A. Johnson<br>Edward Notargiacomo<br>Hannah Schwarzschild<br>Bradley Vettraino<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003<br>tom@hbsslaw.com<br>kristenj@hbsslaw.com<br>ed@hbsslaw.com<br>hannahs@hbsslaw.com<br>bradleyv@hbsslaw.com |
|  | *Lead Counsel for the Proposed Direct Purchaser Class* |
| John D. Radice<br>RADICE LAW FIRM, P.C.<br>475 Wall Street<br>Princeton, NJ 08540<br>Tel.: (646) 245-8502<br>Fax: (609) 385-0745<br>jradice@radicelawfirm.com | Steve D. Shadowen<br>Matthew C. Weiner<br>HILLIARD & SHADOWEN LLP<br>1135 W. 6th Street, Suite 125<br>Austin, TX 78703<br>Tel.: (855) 344-3298<br>steve@hilliardshadowenlaw.com<br>matt@hilliardshadowenlaw.com |
| Joseph M. Vanek<br>David P. Germaine<br>John P. Bjork<br>Paul E. Slater<br>Matthew T. Slater<br>SPERLING & SLATER, P.C.<br>55 W. Monroe, Suite 3200<br>Chicago, IL 60603 | Joseph H. Meltzer<br>Terence S. Ziegler<br>KESSLER TOPAZ MELTZER & CHECK LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056 |

Telephone: (312) 641-3200
Facsimile: (312)641-6492
jvanek@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com
pes@sperling-law.com
mslater@sperling-law.com

Sharon K Robertson
Donna M. Evans
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com

jmeltzer@ktmc.com
tziegler@ktmc.com

Michael L. Roberts
Karen Sharp Halbert
Debra G. Josephson
Stephanie Smith
William R. Olson
Sarah E. DeLoach
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, AR  72223
Telephone:  (501) 821-5575
Facsimile:  (501) 821-4474
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us
debrajosephson@robertslawfirm.us
stephaniesmith@robertslawfirm.us
williamolson@robertslawfirm.us
sarahdeloach@robertslawfirm.us

*Counsel for Plaintiff FWK Holdings, LLC and the Proposed Direct Purchaser Class*

Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
Telephone: (917) 438-9189
lnussbaum@nussbaumpc.com

Jayne A. Goldstein
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
1625 North Commerce Parkway, Ste. 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
jgoldstein@sfmslaw.com

*Counsel for Plaintiff Cesar Castillo, Inc. and the Proposed Direct Purchaser Class*

David F. Sorensen
Zachary D. Caplan
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
dsorensen@bm.net
zcaplan@bm.net

Peter R. Kohn
Joseph T. Lukens
FARUQI & FARUQI, LLP
One Penn Center, Suite 1550

Barry Taus
Archana Tamoshunas
Kevin Landau
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY10038
Telephone: (646) 873-7654
btaus@tcllaw.com
atamoshunas@tcllaw.com
klandau@tcllaw.com

Bradley J. Demuth
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor

3

| | |
|---|---|
| 1617 John F. Kennedy Boulevard<br>Philadelphia, PA 19103<br>Telephone: (215) 277-5770<br>Facsimile: (215) 277-5771<br>pkohn@faruqilaw.com<br>jlukens@faruqilaw.com | New York, NY 10017<br>Telephone: (212) 983-9330<br>Facsimile: (212) 983-9331<br>bdemuth@faruqilaw.com |

*Counsel for Rochester Drug Cooperative, Inc. and the Proposed Direct Purchaser Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record who have made a formal appearance

Dated: February 5, 2020  **/s/ William H. Monroe, Jr.**
William H. Monroe, Jr. (VSB No. 27441)