UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| IN RE ZETIA (EZETIMIBE) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>Direct Purchaser Actions | Lead Case No. 2:18-MD-02836-RBS-DEM |

**DECLARATION OF THOMAS M. SOBOL IN SUPPORT OF REPLY IN FURTHER SUPPORT OF DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Thomas M. Sobol, hereby declare as follows:

1. I am a member of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts and of the United States District Court for the District of Massachusetts and have been admitted *pro hac vice* to this Court.[1] I am the managing partner of the Boston office of Hagens Berman Sobol Shapiro LLP, counsel for plaintiff FWK Holdings, LLC, and interim lead counsel for the putative direct purchaser class in this matter. I have personal knowledge of the facts set forth in this declaration.

2. I submit this declaration in support of the Reply in Further Support of Direct Purchaser Class Plaintiffs' Motion for Class Certification.

3. I offer this declaration to provide the Court with information regarding the expected costs to the direct purchaser class plaintiffs associated with this and similar litigation from inception through trial.

4. I have represented clients in civil litigation for more than thirty years. Over the

---

[1] *See* Order Granting Motion to Appear *Pro Hac Vice* by Thomas M. Sobol, Case No. 2:18-cv-00023-RBS-DEM (E.D. Va. Jan. 24, 2018), ECF No. 6.

last two decades, I have been appointed lead, co-lead, or liaison counsel for class plaintiffs in numerous antitrust cases alleging the illegal foreclosure of generic competition for pharmaceuticals.[2] For approximately twelve years, I have represented classes of direct purchaser plaintiffs, such as the proposed class in this case.[3]

5. I have extensive experience litigating cases such as this one involving complex patent and antitrust issues, including trial of such claims on behalf of a certified class. By far, the greatest cost item in prosecuting these cases is expert fees. The direct purchasers have served fifteen expert reports on a wide range of subjects in this matter, including twelve opening reports and, with Dr. Leitzinger's rebuttal report submitted concurrently herewith, three reports related to class certification. The expert fees associated with these reports to date, which does not include rebuttal reports,[4] is just under $1 million.

6. Based on estimates of the anticipated expert fees made at the outset of this case, the nearly $1 million in expert expenses already incurred, and my experience with the cost of litigation and trials of similar actions, I expect the cost of expert fees in this case through trial to be approximately $3 million. Adding to that other costs associated with such litigation, I estimate the total cost to the direct purchasers to prosecute this case through trial to be between $3.7 and $4.0 million.

7. Additionally, attached hereto are true and accurate copies of the following exhibits cited in the Reply in Further Support of Direct Purchaser Class Plaintiffs' Motion for

---

[2] *See* Memorandum of Law In Support of Direct Purchaser Class Plaintiffs" Motion for Consolidation, Coordination, and Appointment of Class Counsel, No. 18-md-2836-RBS-DEM July 2, 2018, ECF No. 17, at *8-10 (listing cases).

[3] *Id.*

[4] Under the recently revised schedule, defendants are to serve their merits reports on February 28, 2020. *See* Pretrial Order No. 8, No. 18-md-2836-RBS-DEM, February 13, 2020, ECF No. 868, at *2.

Class Certification, filed concurrently herewith:

| Exhibit No. | Description |
| --- | --- |
| 33 | Declaration of Jeffrey J Leitzinger, Ph.D., dated Feb. 20, 2020 |
| 34 | Expert Report of Jeffrey J. Leitzinger, Ph.D, dated Jan. 13, 2020 |
| 35 | Compendium of state certificates of good standing for certain class members |
| 36 | Deposition of Bruce Strombom, dated Feb. 12, 2020 |
| 37 | Status Report, *King Drug Co. of Florence, Inc. v. Cephalon, Inc.*, 2:06-cv-01797, ECF No. 1081 (E.D. Pa. Jan. 23, 2018) |
| 38 | Excerpts of Hearing Transcript, *King Drug Co. of Florence, Inc. v. Cephalon, Inc.*, 2:06-cv-01797, ECF No. 1066 (E.D. Pa. April 18, 2017) |
| 39 | Preliminary and Final Approval Orders, *King Drug Co. of Florence, Inc. v. Cephalon, Inc.*, 2:06-cv-01797, ECF Nos. 831 at 5, 875 (E.D. Pa. July 27, 2015) |
| 40 | Complaint, *King Drug Co. v. Abbot Labs*, No. 2:19-cv-3565, ECF No. 1 (E.D. Pa. Aug. 7, 2019) |
| 41 | Plaintiffs' Consent to Jurisdiction, *In re AndroGel Antitrust Litig.*, No. 1:09-md-2084, ECF No. 1841 (N.D. Ga. Oct. 30, 2019) |
| 42 | Injunction Order, *Rochester Drug Co-operative. v. Braintree Labs.*, No. 07-cv-142, ECF No. 150 (D. Del. July 29, 2011) |
| 43 | Order Disposing of Motions in Limine, *In re Namenda Antitrust Litig.*, Case No. 1:15-cv-07488, ECF No. 859 (S.D.N.Y. Aug. 2, 2019) |
| 44 | Excerpt of Transcript of Proceedings, *In Re Zetia (Ezetimibe) Antitrust Litigation*, 18-md-2836, ECF No. 689 (E.D. Va. October 4, 2019) |
| 45 | Excerpt of transcript of deposition of Christopher Masseth, dated Oct. 16, 2019 |
| 46 | Data concerning Cesar Castillo Inc.'s purchases of Zetia |

| | | |
|---|---|---|
| 47 | Excerpt of transcript of deposition of Luis Vazquez, dated Oct. 3, 2019 | |

Executed under the pains and penalties of perjury as of the date set forth below.

Dated: February 20, 2020

_____
Thomas M. Sobol (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

| | |
|---|---|
| Dated: February 20, 2020 | */s/ William H. Monroe, Jr.* |
| | William H. Monroe, Jr. (VSB No. 27441) |
| | Marc C. Greco (VSB No. 41496) |
| | Kip A. Harbison (VSB No. 38648) |
| | Michael A. Glasser (VSB No. 17651) |
| | GLASSER AND GLASSER, P.L.C. |
| | Crown Center, Suite 600 |
| | 580 East Main Street |
| | Norfolk, VA 23510 |
| | Telephone: (757) 625-6787 |
| | Facsimile: (757) 625-5959 |
| | bill@glasserlaw.com |
| | marcg@glasserlaw.com |
| | kip@glasserlaw.com |
| | michael@glasserlaw.com |
| | |
| | *Local Counsel for Direct Purchaser Plaintiffs FWK Holdings, LLC, Rochester Drug Cooperative, Inc., Cesar Castillo, Inc. and the Proposed Direct Purchaser Class* |
| | |
| | Thomas M. Sobol |
| | Kristen A. Johnson |
| | Edward Notargiacomo |
| | Hannah Schwarzschild |
| | Bradley Vettraino |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 55 Cambridge Parkway, Suite 301 |
| | Cambridge, MA 02142 |
| | Telephone: (617) 482-3700 |
| | Facsimile: (617) 482-3003 |
| | tom@hbsslaw.com |
| | kristenj@hbsslaw.com |
| | ed@hbsslaw.com |
| | hannahs@hbsslaw.com |
| | bradleyv@hbsslaw.com |
| | |
| | *Lead Counsel for the Proposed Direct Purchaser Class* |
| | |
| John D. Radice | Steve D. Shadowen |
| RADICE LAW FIRM, P.C. | Matthew C. Weiner |
| 475 Wall Street | HILLIARD & SHADOWEN LLP |
| Princeton, NJ 08540 | 1135 W. 6th Street, Suite 125 |
| Tel.: (646) 245-8502 | Austin, TX 78703 |
| Fax: (609) 385-0745 | Tel.: (855) 344-3298 |

5

jradice@radicelawfirm.com

Joseph M. Vanek
David P. Germaine
John P. Bjork
Paul E. Slater
Matthew T. Slater
SPERLING & SLATER, P.C.
55 W. Monroe, Suite 3200
Chicago, IL 60603
Telephone: (312) 641-3200
Facsimile: (312)641-6492
jvanek@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com
pes@sperling-law.com
mslater@sperling-law.com

Sharon K Robertson
Donna M. Evans
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com

steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

Joseph H. Meltzer
Terence S. Ziegler
KESSLER TOPAZ MELTZER & CHECK LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
tziegler@ktmc.com

Michael L. Roberts
Karen Sharp Halbert
Debra G. Josephson
Stephanie Smith
William R. Olson
Sarah E. DeLoach
ROBERTS LAW FIRM, P.A.
20 Rahling Circle
Little Rock, AR 72223
Telephone: (501) 821-5575
Facsimile: (501) 821-4474
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us
debrajosephson@robertslawfirm.us
stephaniesmith@robertslawfirm.us
williamolson@robertslawfirm.us
sarahdeloach@robertslawfirm.us

*Counsel for Plaintiff FWK Holdings, LLC and the Proposed Direct Purchaser Class*

Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
Telephone: (917) 438-9189
lnussbaum@nussbaumpc.com

Jayne A. Goldstein
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
1625 North Commerce Parkway, Ste. 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
jgoldstein@sfmslaw.com

*Counsel for Plaintiff Cesar Castillo, Inc. and the Proposed Direct Purchaser Class*

David F. Sorensen
Zachary D. Caplan
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103

Barry Taus
Archana Tamoshunas
Kevin Landau
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204

Telephone: (215) 875-3000  
Facsimile: (215) 875-4604  
dsorensen@bm.net  
zcaplan@bm.net  

Peter R. Kohn  
Joseph T. Lukens  
FARUQI & FARUQI, LLP  
One Penn Center, Suite 1550  
1617 John F. Kennedy Boulevard  
Philadelphia, PA 19103  
Telephone: (215) 277-5770  
Facsimile: (215) 277-5771  
pkohn@faruqilaw.com  
jlukens@faruqilaw.com  

New York, NY 10038  
Telephone: (646) 873-7654  
btaus@tcllaw.com  
atamoshunas@tcllaw.com  
klandau@tcllaw.com  

Bradley J. Demuth  
FARUQI & FARUQI, LLP  
685 Third Avenue, 26th Floor  
New York, NY 10017  
Telephone: (212) 983-9330  
Facsimile: (212) 983-9331  
bdemuth@faruqilaw.com  

*Counsel for Rochester Drug Cooperative, Inc. and the Proposed Direct Purchaser Class*

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record who have made a formal appearance

Dated: February 20, 2020  /s/ *William H. Monroe, Jr.*  
William H. Monroe, Jr. (VSB No. 27441)