

Thomas M. Sobol
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 CAMBRIDGE PARKWAY, SUITE 301
CAMBRIDGE, MA 02142
www.hbsslaw.com
**Direct (617) 475-1950**
tom@hbsslaw.com

March 5, 2020

Hon. Rebecca Beach Smith
United States District Court
Eastern District of Virginia
600 Granby Street
Norfolk, VA 23510

   **Re:**  *In re Zetia (Ezetimibe) Antitrust Litig.*, **MDL No. 2836 (E.D. Va.)**

Dear Judge Smith:

  I write on behalf of the direct purchaser class plaintiffs regarding their motion for final approval of settlement and entry of final judgment and order of dismissal as to Par Pharmaceutical, Inc. (the "Final Approval Motion"),[1] which is set for hearing this Friday – March 6, 2020.

  In making the Final Approval Motion, we informed the Court that subsequent to the Court's preliminary approval of the direct purchaser class plaintiffs' settlement with Par, class counsel sent out letters providing additional information to certain class members, as defined in the direct purchaser class plaintiffs' settlement with Par.[2] Specifically, these letters informed class members of either 1) the Court's December 20, 2019 Memorandum Opinion and Order granting the Merck and Glenmark defendants' motion to dismiss "insofar as [it] seek[s] damages from Merck and Glenmark stemming from purchases made from Par,"[3] 2) that in connection with their motion for certification of a litigation class against Merck and Glenmark, the direct purchaser class plaintiffs proposed an amended proposed class definition beginning later in time than the class defined in the Par settlement, or 3) both, depending on the circumstances of each class member.

  In total, class counsel sent twenty-nine letters. In each, we requested that if the additional information provided caused any concern, they contact class counsel ahead of the March 6, 2020 hearing (affording more than a month to respond).[4] Class counsel received only one response to

---

[1] ECF Nos. 860-862.

[2] *See* Memorandum In Support of Final Approval, ECF No. 861, at *8-10.

[3] *See* Memorandum Opinion and Order, ECF No. 795 at 14-20.

[4] Initially, two of the letters were returned as undeliverable. We immediately resent each letter to the registered agents for the respective entities.

March 3, 2020
Page 2

any of these twenty-nine letters. That lone response simply informed class counsel that one of the entities had been acquired by a larger drug wholesaler in 2012 and, as such, had no separate purchase of Zetia in the updated class period. A copy of this response is attached hereto as Exhibit 1.

      As of the date of this letter, class counsel have not received any other communications from any class member. We also have not received any exclusions other than those identified in the Final Approval Motion (i.e., the retailer plaintiffs maintaining separate suits in this multi-district litigation). Nor have we received any objection to the settlement.

                                    Sincerely,

                                    Thomas M. Sobol

Encl.

010727-11/1245119 V1

Respectfully submitted,

Dated: March 5, 2020

*/s/ William H. Monroe, Jr.*
William H. Monroe, Jr. (VSB No. 27441)
Marc C. Greco (VSB No. 41496)
Kip A. Harbison (VSB No. 38648)
Michael A. Glasser (VSB No. 17651)
GLASSER AND GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510
Telephone: (757) 625-6787
Facsimile: (757) 625-5959
bill@glasserlaw.com
marcg@glasserlaw.com
kip@glasserlaw.com
michael@glasserlaw.com

*Local Counsel for Direct Purchaser Plaintiffs FWK Holdings, LLC, Rochester Drug Cooperative, Inc., Cesar Castillo, Inc. and the Proposed Direct Purchaser Class*

Thomas M. Sobol
Kristen A. Johnson
Edward Notargiacomo
Hannah Schwarzschild
Bradley Vettraino
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
tom@hbsslaw.com
kristenj@hbsslaw.com
ed@hbsslaw.com
hannahs@hbsslaw.com
bradleyv@hbsslaw.com

*Lead Counsel for the Proposed Direct Purchaser Class*

| | |
|---|---|
| John D. Radice | Steve D. Shadowen |
| RADICE LAW FIRM, P.C. | Matthew C. Weiner |
| 475 Wall Street | HILLIARD & SHADOWEN LLP |

| | |
|---|---|
| Princeton, NJ 08540<br>Tel.: (646) 245-8502<br>Fax: (609) 385-0745<br>jradice@radicelawfirm.com | 1135 W. 6th Street, Suite 125<br>Austin, TX 78703<br>Tel.: (855) 344-3298<br>steve@hilliardshadowenlaw.com<br>matt@hilliardshadowenlaw.com |
| Joseph M. Vanek<br>David P. Germaine<br>John P. Bjork<br>Paul E. Slater<br>Matthew T. Slater<br>SPERLING & SLATER, P.C.<br>55 W. Monroe, Suite 3200<br>Chicago, IL 60603<br>Telephone: (312) 641-3200<br>Facsimile: (312)641-6492<br>jvanek@sperling-law.com<br>dgermaine@sperling-law.com<br>jbjork@sperling-law.com<br>pes@sperling-law.com<br>mslater@sperling-law.com | Joseph H. Meltzer<br>Terence S. Ziegler<br>KESSLER TOPAZ MELTZER & CHECK LLP<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br>jmeltzer@ktmc.com<br>tziegler@ktmc.com |
| Sharon K Robertson<br>Donna M. Evans<br>Cohen Milstein Sellers & Toll PLLC<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>Tel: (212) 838-7797<br>Fax: (212) 838-7745<br>srobertson@cohenmilstein.com<br>devans@cohenmilstein.com | Michael L. Roberts<br>Karen Sharp Halbert<br>Debra G. Josephson<br>Stephanie Smith<br>William R. Olson<br>Sarah E. DeLoach<br>ROBERTS LAW FIRM, P.A.<br>20 Rahling Circle<br>Little Rock, AR 72223<br>Telephone: (501) 821-5575<br>Facsimile: (501) 821-4474<br>mikeroberts@robertslawfirm.us<br>karenhalbert@robertslawfirm.us<br>debrajosephson@robertslawfirm.us<br>stephaniesmith@robertslawfirm.us<br>williamolson@robertslawfirm.us<br>sarahdeloach@robertslawfirm.us |

*Counsel for Plaintiff FWK Holdings, LLC and the Proposed Direct Purchaser Class*

| | |
|---|---|
| Linda P. Nussbaum<br>NUSSBAUM LAW GROUP, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036-8718<br>Telephone: (917) 438-9189<br>lnussbaum@nussbaumpc.com | Jayne A. Goldstein<br>SHEPHERD, FINKELMAN, MILLER & SHAH, LLP<br>1625 North Commerce Parkway, Ste. 320<br>Fort Lauderdale, FL 33326<br>Telephone: (954) 515-0123<br>Facsimile: (866) 300-7367<br>jgoldstein@sfmslaw.com |

*Counsel for Plaintiff Cesar Castillo, Inc. and the Proposed Direct Purchaser Class*

| | |
|---|---|
| David F. Sorensen<br>Zachary D. Caplan<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>dsorensen@bm.net<br>zcaplan@bm.net<br><br>Peter R. Kohn<br>Joseph T. Lukens<br>FARUQI & FARUQI, LLP<br>One Penn Center, Suite 1550<br>1617 John F. Kennedy Boulevard<br>Philadelphia, PA 19103<br>Telephone: (215) 277-5770<br>Facsimile: (215) 277-5771<br>pkohn@faruqilaw.com<br>jlukens@faruqilaw.com | Barry Taus<br>Archana Tamoshunas<br>Kevin Landau<br>TAUS, CEBULASH & LANDAU, LLP<br>80 Maiden Lane, Suite 1204<br>New York, NY10038<br>Telephone: (646) 873-7654<br>btaus@tcllaw.com<br>atamoshunas@tcllaw.com<br>klandau@tcllaw.com<br><br>Bradley J. Demuth<br>FARUQI & FARUQI, LLP<br>685 Third Avenue, 26th Floor<br>New York, NY 10017<br>Telephone: (212) 983-9330<br>Facsimile: (212) 983-9331<br>bdemuth@faruqilaw.com |

*Counsel for Rochester Drug Cooperative, Inc. and the Proposed Direct Purchaser Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record who have made a formal appearance

Dated: March 5, 2020          */s/ William H. Monroe, Jr.*
                                                     William H. Monroe, Jr. (VSB No. 27441)