UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| IN RE: ZETIA (EZETIMIBE) ANTITRUST LITIGATION | MDL No. 2:18-md-2836 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' AND END-PAYOR PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION**

Defendants respectfully submit this Notice of Supplemental Authority to alert the Court to the April 22, 2020, decision by the Court of Appeals for the Third Circuit in *In re Lamictal Direct Purchaser Antitrust Litigation*, No. 19-1655 (3d Cir. Apr. 22, 2020), ECF No. 126 (attached hereto as Exhibit A). In *Lamictal*, the Third Circuit vacated and remanded the District Court's certification of a class of drug purchasers in a case that arose from allegations that certain drug manufacturers had entered into an anticompetitive "reverse payment" patent settlement. The decision involves many of the same issues—and two of the same experts—as this action.

Dated: April 27, 2020

Respectfully submitted,

/s/Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Samuel G. Liversidge (*pro hac vice*)
Christopher D. Dusseault (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7855
Facsimile: (213) 229-6855
SLiversidge@gibsondunn.com
CDusseault@gibsondunn.com

Veronica S. Lewis (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue
Dallas, TX 75201-6912
Telephone: (214) 698-3320
Facsimile: (214) 571-2936
VLewis@gibsondunn.com

Eric J. Stock (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2301
Facsimile: (212) 716-0801
estock@gibsondunn.com

Tarek Ismail (*pro hac vice*)
Jennifer L. Greenblatt (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
200 South Wacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
tismail@goldmanismail.com
jgreenblatt@goldmanismail.com

*Counsel for Defendants Merck & Co., Inc.; Merck Sharp & Dohme Corp.; Schering-Plough Corp.; Schering Corp. and MSP Singapore Co. LLC*

*/s/ Richard H. Ottinger*
Richard H. Ottinger (VSB No.: 38842)
Dustin M. Paul (VSB No.: 75287)
Jennifer L. Eaton (VSB No.: 87491)
VANDEVENTER BLACK LLP
101 West Main Street, Suite 500
Norfolk, VA 23510
Telephone: (757) 446-8600
Facsimile: (757) 446-8670
rottinger@vanblacklaw.com
dpaul@vanblacklaw.com
jeaton@vanblacklaw.com

Steven A. Reed (admitted *pro hac vice*)
R. Brendan Fee (admitted *pro hac vice*)
Zachary M. Johns (admitted *pro hac vice*)
Jessica J. Taticchi (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
steven.reed@morganlewis.com
brendan.fee@morganlewis.com
zachary.johns@morganlewis.com
jessica.taticchi@morganlewis.com


Stacey Anne Mahoney (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
stacey.mahoney@morganlewis.com

*Counsel for Defendants*
*Glenmark Pharmaceuticals Ltd. and*
*Glenmark Pharmaceuticals Inc., USA,*
*incorrectly identified as Glenmark Generics Inc.,*
*USA*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 27, 2020, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically email notification of such filing to all counsel of record.

DATED:  April 27, 2020
                <u>/s/Stephen E. Noona</u>
                Stephen E. Noona
                Virginia State Bar No. 25367
                Kaufman & Canoles, P.C.
                150 W. Main Street, Suite 2100
                Norfolk, VA 23510-1665
                Telephone:  (757) 624-3239
                Facsimile:  (888) 360-9092
                senoona@kaufcan.com

                *Counsel for Defendants Merck & Co., Inc.,*
                *Merck Sharp & Dohme Corp., Schering-Plough*
                *Corp., Schering Corp., MSP Singapore Co. LLC*