*In re Zetia (Ezetimibe) Antitrust Litigation*

# END-PAYOR PLAINTIFFS'
# MOTION FOR CLASS CERTIFICATION

## DIRECT TESTIMONY OF LAURA R. CRAFT

**5/1/2020**

# Summary of Opinions

**1**

| | |
|---|---|
| 1. Available data is extraordinarily comprehensive | 2. Each proposed Class Member can be identified with precision |
| 3. Class Exclusions can be implemented with this same data | 4. Proposed amendments to the Class Definition add no appreciable complexity |

**2** | Availability of Data

# Transaction Specific Data for Drug Dispensing

**3**



# Instantaneous Data Exchange Powers the System and Creates an Audit Trail

**4**

## Claims Adjudication and Payment With Each Rx Fill



# National Drug Code ("NDC") Uniquely Identifies Each Product Dispensed

**5**

- ☐ **NDC** tells us:
  - ◻ Manufacturer/packager
  - ◻ Brand or chemical name
  - ◻ Brand/generic status
  - ◻ Dosage strength
  - ◻ Dosage form (e.g., tablet)
  - ◻ Package size



**Labeler**  **Product Code**  **Package Code**

66582 – 4145 – 14

Merck        Zetia        90 Tablet Bottle

68462 – 0324 – 30

Glenmark    ezetemibe    30 Tablet Bottle

\* A few plans use the GPI-14 Code which serves a similar function

# Pharmacies and PBMs Are Required to Speak the Same Language



**6**

> National Council for Prescription Drug Programs (NCPDP) Telecomm. Guidelines

- Versions 5.1 (1999) and D.0 (2010)
- Updates have not changed key fields
- HIPAA mandated since 2003

| TPP Identity | |
|---|---|
| Payer ID | 569-J8 & 568-J7 PAYER ID |
| Plan Group # | 3Ø1-C1 GROUP ID |
| Plan ID # | 524-FO PLAN ID |

| Prescription Specifics | |
|---|---|
| NDC | 4Ø7-D7 & 436-E1 PRODUCT/SERVICE ID |
| Quantity | 442-E7 QUANTITY DISPENSED |
| Date of Fill | 4Ø1-D1 DATE OF SERVICE |
| Prescription # | 4Ø2-D2 & 455-EM PRESC./SERVICE REF. NUMBER |

| Pharmacy Identity | |
|---|---|
| Unique Pharmacy ID | 2Ø1-B1 & 2Ø2-B2 SERVICE PROVIDER ID |

| Price and Its Allocation | |
|---|---|
| Total Price | 43Ø-DU GROSS AMOUNT DUE |
| Make-Up of Price | 5Ø6-F6 INGREDIENT COST PAID 5Ø7-F7 DISPENSING FEE PAID |
| TPP's Payment | 5Ø9-F9 TOTAL AMOUNT PAID |
| Patient Payment | 5Ø5-F5 PATIENT PAY AMOUNT |
| Co-pay or Co-insurance | 518-FI AMOUNT OF COPAY 572-4U AMOUNT COINSUR. |
| Applied to Deductible | 517-FH AMOUNT APPLIED TO PERIODIC DEDUCTIBLE |

**7** | # Identifying Class Members

# PBM Declarations Confirm TPPs are Identifiable

**8**

Steven Schaper, Caremark (*In Re: Zetia*), March 18, 2020

*"Caremark maintains records by which Clients and a Client's members can be identified for purchases of Zetia or its generic equivalents that Caremark adjudicates on behalf of its Clients." (¶6)*

James Calandriello, Express Scripts (*In Re: Restasis*), April 9, 2019

*"Express Scripts maintains records by which Clients and a Client's members can be identified for purchases of Restasis that Express Scripts adjudicates on behalf of its clients." (¶7)*

Kent Rogers, OptumRx (*In Re: Restasis*), April 4, 2019

*"OptumRx maintains records, in an industry standard format created by the National Council for Prescription Drug Program (NCPDP), by which third-party payors and consumers can be identified on every purchase of Restasis that OptumRx adjudicates on behalf of its third-party payors." (¶8)*

# Seven of the Largest PBMs Processed 96% of U.S. Prescriptions in 2017

**9**



**PBM Share of Total U.S. Equivalent Prescriptions, 2017**

4%

96%

- CVS Caremark
- Express Scripts
- OptumRx
- Humana
- Medimpact
- Prime
- Aetna

Pharmacy data available but unnecessary

Drug Channels Institute, The 2017 Economic Report on U.S. Pharmacies and Pharmacy Benefit Managers (2018)

# There is No Reason To Believe Data Has Been Destroyed

**10**

PBMs keep data because:

- ☐ Contractual requirements

   (70% of contracts > amended class period)

- ☐ Legal protection
- ☐ Market intelligence
- ☐ Drug use studies
- ☐ Data analysis products
- ☐ Storage is cheap
- ☐ Archiving easy to restore

Mr. Dietz acknowledges incentives

# Retrieved Data is Relatively Standard and Can Be Formatted for Class-Wide Analysis

**11**



Steps are programmatic, using electronic data common to the class

Standardize Fields

Merge Datasets

Eliminate Data Errors and Duplicates

Remove Excluded Parties

Identify Amount Each Class Member Paid

*"[T]he data from various sources would be merged, and the EPPs would identify and eliminate data errors, standardize the data, eliminate duplicates, and compile the list"*
*In re Loestrin 24 FE Antitrust Litig.*, 410 F. Supp. 3d 352, 400 (D.R.I. 2019)

# Methodology is Standard

**12**

*"Upon receipt, OnPoint would be able to merge the data from the various PBMs and/or TPPs, identify and eliminate data errors, transform the data to standardize fields, eliminate duplicates, and compile a list reflecting the identities of the Class Members and the dollar amounts and specifics of their Zetia/ezetimibe purchases. Despite raising concerns about whether data transformation and merger are feasible, Mr. Dietz acknowledges that he does not know how these processes are performed  and that he lacks expertise in information technology.  Converting data from one format to another, if necessary, can be accomplished programmatically. Various software products are capable of converting datasets stored in different programing formats."*

(Craft Rebuttal, at ¶16)

# Data From 7 Named Plaintiffs' Is Easily Interpreted

**13**

| State |
|---|
| Pharmacy State |
| Pharmacy State Abbreviation Code |
| Phcy_State |
| State |

| NDC |
|---|
| Drug ID (NDC) |
| Drug NDC |
| NDC |
| NDC Number (11 Digit) |

| Dispensing Fee |
|---|
| Dispensing Fee |
| DispensingFeeBilled |
| Total Dispensing Fee |

| Date Filled |
|---|
| Claim Fill Date |
| Date Filled |
| Date of Service |
| DateOfService |
| Fill Date |
| Filled Date |

| Total Drug Cost |
|---|
| Drug Cost |
| Gross Cost |
| Total Drug Cost |
| Total Gross Cost |
| Patient Pay Amount + TPP Pay |

| TPP Pay |
|---|
| Amount Paid |
| Net Plan Cost |
| Total Amount Paid |
| Total Net Cost |
| Total Plan Paid |
| TotalAmountBilled |

| Patient Pay |
|---|
| Copay |
| Member Rx Cost |
| PatientPayAmount |
| Total Copay Amount |
| Total Member Paid |
| Total Patient Cost |
| Total Member Amount Paid |

Mr. Dietz acknowledges PBMs maintain data dictionaries
(Dietz Dep., 121:24-122:9 & 282:22-283:2)

**14**   Class Exclusions

# Class Exclusions Are Straightforward

**15**

| | | |
|---|---|---|
| Defendants' Affiliates | Purchasers for Resale | Direct Purchasers |
| PBMs | Federal/State Gov't Entities | Fully-Insured Health Plans |

# Defendants Address 3 of the 6 Exclusions

16

| Defendants' Affiliates | Purchasers for Resale | Direct Purchasers |
|---|---|---|
| 1. PBMs | 2. Federal/State Gov't Entities | 3. Fully-Insured Health Plans |

# 17 Exclusions

1. PBMs

# There Is No Ascertainability Issue Regarding PBMs

**18**

☐ Few PBMs

☐ Most outsource to a larger PBM

☐ Data identifies TPP who pays (not PBM)

☐ PBMs are explicitly <u>not</u> Class Members

☐ No need to identify them

Defendants' argument is that PBMs <u>might</u> absorb some of the TPP loss through:

① "Negative Spread Pricing"

② Rebate Guarantees

**Unfounded Damage Argument**

# PBMs Declare Under Penalty of Perjury They Are Not End-Payors

**19**

Steven Schaper, Caremark (*In Re: Zetia*), March 18, 2020

> *"Caremark's PBM business is not the ultimate payor of prescription benefits provided by its Clients."* (¶5)

Jon Stocker, Prime Therapeutics (*In Re: Restasis*), March 13, 2019

> *"As a pharmacy benefits manager, Prime is not a consumer, endpayor, insurer, or reseller of prescription drug products."* (¶7)

Kent Rogers, OptumRx (*In Re: Restasis*), April 4, 2019

> *"OptumRx is a service provider. As a PBM, it is not a consumer, endpayor, insurer, or reseller of prescription drug products. OptumRx does not consider itself to be paying for its Clients' prescription drug purchases."* (¶4)

# PBMs Bid for TPP Business Using Multiple Fee Structures, But None Pays For Drug Claims

**20**

|  | **PBM A**<br>**"Pass Through"** | **PBM B**<br>**"Hybrid"** | **PBM C**<br>**"Traditional"** |
|---|---|---|---|
| **Equivalent Competitive Pricing** (Same $, Different Form) | **Transaction Fees** only $18.60/Rx | 50% of **Manufacturer Rebates**<br>Further **Pharmacy Discounts**<br>**Transaction Fees** $6.20/Rx | 100% of **Manufacturer Rebates**<br>Further **Pharmacy Discounts** |

Mr. Dietz acknowledged these forms of compensation are *interchangeable and Transaction Fees are <u>not</u> payments for end purchases.* *(Dietz Dep.* 228:17-229:14 and 226:16-23)

# "Negative Spreads" Are a Theory, Not a Practical Reality

**21**



**"Negative" Spread Pricing**

PBM theoretically out of pocket!

**PBM**

PBM negotiates price cap TPP will pay

PBM negotiates <u>higher</u> price payable to pharmacy

**TPP**

**Pharmacy**

## Problems with this theory…

1. No evidence it actually happens

2. PBMs highly sophisticated

3. PBMs negotiate both contracts

4. Spread pricing is designed to work the opposite direction (added comp to PBM)

Mr. Dietz's only example: one neighborhood 1994-96 (Dep. 223:17-224:25)

# Rebate Guarantees Are Never Specific to a Particular Drug

**22**

Rebate guarantees are:

- Based on **average** manufacturer rebates TPP **for all drugs**

- Never specific to a single drug (Dietz agrees: Dep. 236:2–237:3)

- Paid after the quarter or year, based on all claims reimbursed

- Involving different parties (TPP/PBM) than end purchase (TPP/Consumer)

- Rarely violated

- Unlikely to be material



Mfr. 1 Drugs   Mfr. 2 Drugs   Mfr. 3 Drugs   Mfr. 4 Drugs   Mfr. 5 Drugs

Individual Drug Rebates

**Guaranteed Avg. $5.81/Claim**

Total Rebates Received
**TPP**

**PBM**

# PBMs Dispute The Significance of Rebate Guarantees

**23**

James Calandriello, Express Scripts (*In Re: Restasis*), April 9, 2019

> *"historically, adjustments to Express Scripts' original [rebate guarantee] estimates have been immaterial."* (¶14)

Kent Rogers, OptumRx (*In Re: Restasis*), April 4, 2019

> OptumRx does not *"book losses for individual drugs on guaranteed rebates"* (¶12)

> *"While OptumRx may retain, in certain cases, compensation through spread pricing, rebates, or administrative fees, that compensation is payment for services that OptumRx provides and not payment for prescription drugs that are dispensed to health plan members and which are the financial responsibility of the health plan …."* (¶6)

# Exclusions

2. Federal and State Governmental Entities

# Federal and State Governmental Entities

**25**

☐ Exclusion: *"[A]ll federal and state governmental entities except for cities, towns, municipalities or counties with self-funded prescription drug plans"*



☐ Government Plans use PBMs, just like Commercial Plans

☐ PBMs know their clients and can screen out federal and state government entities

Medicare Part D Plans are Commercial Plans run by private insurers; they are ***not*** government entities

# Medicare Part D Plans Easily Identified From Centers for Medicare & Medicaid Services (CMS) Online Reports

**26**

## SilverScript

| Contract Number | Plan ID | Organization Type | Plan Type | Offers Part D | Organization Name | Organization Marketing Name | Plan Name | Parent Organization | Contract Effective Date | Enrollment |
|---|---|---|---|---|---|---|---|---|---|---|
| S5601 | 002 | PDP | Medicare Prescription Drug Plan | Yes | SILVERSCRIPT INSURANCE COMPANY | SilverScript | SilverScript Choice (PDP) | CVS Health Corporation | 1/1/2006 | 23,453 |
| S5601 | 003 | PDP | Medicare Prescription Drug Plan | Yes | SILVERSCRIPT INSURANCE COMPANY | SilverScript | SilverScript Plus (PDP) | CVS Health Corporation | 1/1/2006 | 678 |

## EmblemHealth

| Contract Number | Plan ID | Organization Type | Plan Type | Offers Part D | Organization Name | Organization Marketing Name | Plan Name | Parent Organization | Contract Effective Date | Enrollment |
|---|---|---|---|---|---|---|---|---|---|---|
| H3330 | 021 | Local CCP | HMO | Yes | HEALTH INSURANCE PLAN OF GREATER NEW YORK | EmblemHealth Medicare HMO | EmblemHealth VIP (HMO) | EmblemHealth, Inc. | 7/1/1987 | 12,470 |
| H3330 | 029 | Local CCP | HMO | Yes | HEALTH INSURANCE PLAN OF GREATER NEW YORK | EmblemHealth Medicare HMO | EmblemHealth Dual Eligible (HMO SNP) | EmblemHealth, Inc. | 7/1/1987 | 9,659 |

## Humana

| Contract Number | Plan ID | Organization Type | Plan Type | Offers Part D | Organization Name | Organization Marketing Name | Plan Name | Parent Organization | Contract Effective Date | Enrollment |
|---|---|---|---|---|---|---|---|---|---|---|
| H1036 | 025 | Local CCP | HMO | Yes | HUMANA MEDICAL PLAN, INC. | Humana Medical Plan, Inc. | Humana Gold Plus H1036-025 (HMO) | Humana Inc. | 2/1/1986 | 14,142 |
| H1036 | 040 | Local CCP | HMO | Yes | HUMANA MEDICAL PLAN, INC. | Humana Medical Plan, Inc. | Humana Gold Plus H1036-040 (HMO) | Humana Inc. | 2/1/1986 | 12,903 |

# Exclusions

## 3. Fully-Insured Plans

# What is a "Fully-Insured Plan"?

**28**

☐ Sponsor not responsible for claims: arranges a commercial insurer to provide benefits in exchange for premium

☐ BIN and PCN numbers used to route claims identify actual payor; Group ID identifies employer sponsor



*"For employers or other entities that are **fully insured (not at risk)**, the card issuer ID field **must contain** the HPID [Health Plan ID] or OEID [Other Entity ID] of **the insurance entity**"*
(NCPDP, *NCPDP Health Care Identification Card Fact Sheet, 2017*)

# What is a "Mixed Insured" Plan?

**29**

- ☐ "Mixed-Insured": a term in IRS Form 5500 (data not needed)

- ☐ Typically, a Plan offering multiple benefits, with one self-funded and the other fully insured



Medical Benefits
Fully Insured Through Blue Shield

Prescription Drug Benefits
Self-Funded by Plan Sponsor

Only the method of funding the prescription drug benefits matters

# Stop Loss Insurance Does Not Contribute to The End Purchase

**30**

## Stop-Loss Policies Are A Separate Contract That Some TPPs Purchase



- ☐ **Different Contract**: Financial and risk management tool
- ☐ **Different Parties**: Stop Loss insurer never responsible to pay member claims
- ☐ **Different Time**: Annual or quarterly look-back
- ☐ **Different Expense**: Only triggered if total payments of *all medical or drug* claim far exceed expected levels

# HRA Money Belongs to Employees, Not Employers—It is Irrelevant to TPP Losses

Health Reimbursement Arrangement (HRA) allows employer to give employee funds (tax-exempt) to use for healthcare-related expenses. Employee chooses how to spend.



Permissible Uses

Diagnosis
Cure
Mitigation
Treatment
Prevention

Equipment
Supplies
Medications
Insurance Premiums
Transport for Care

Employer

HRA Account

# Proposed Amendments to Class Definition

# Proposed Amendments Do Not Affect Ascertainability

**33**



**Original Definition**

Brand **or** Generic Purchases
7/1/2012-11/18/2019

*Proposed Amendments*

**Brand Subclass**
Brand Purchases Only
11/15/2014-12/11/2016

**Generic Subclass**
Generic Purchases Only
12/12/2016-11/18/2019

*Exclusions*

Specific Medicare
Part D Plans

TPP Clients of
OptumRx
(PBM)

Class Period is shorter; all original Exclusions remain;
Excluded Part D Plans are listed by CMS;  OptumRx can identify its Clients