# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| In re:<br>ZETIA (EZETIMIBE) ANTITRUST<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 2:18-md-2836 |

## JOINT MOTION TO SEAL PORTIONS OF PRESENTATION SLIDES

Defendants Merck & Co., Inc., Merck Sharp & Dohme Corp., Schering-Plough Corp., Schering Corp., and MSP Singapore Co. LLC, and Defendants Glenmark Pharmaceuticals, Ltd. and Glenmark Pharmaceuticals Inc., USA, incorrectly identified as Glenmark Generics Inc., USA, (collectively, "Defendants"), by counsel, pursuant to Local Rule 5 of the Local Rules of Practice for the United States District Court for the Eastern District of Virginia ("Local Rules") and direction of this Court, hereby move this Court for leave to file under seal: (1) Portions of Defendants' Slides for Direct Purchaser Plaintiffs' Motion For Class Certification ("Portions of Defendants' DPP Slides"); (2) Portions of Defendants' Presentation Slides for Dr. James Hughes Ph.D. for EPP Class Certification Hearing ("Portions of Defendants' EPP Hughes Slides"); and (3) Portions of Defendants' Presentation on Ascertainability for EPP Class Certification Hearing ("Portions of Defendants' EPP Ascertainability Slides"). Each document was submitted to the

Court in connection with the class certification hearings held on May 1, 2020 for the above-captioned action, and Defendants request that portions of those materials be sealed pursuant to the Court's Minute Entry, dated May 4, 2020 (Dkt. 927). The grounds and authorities in support of this Motion are set forth in detail in the Memorandum in Support of the Motion to Seal, filed this same day. A Proposed Order is attached as **Exhibit 1**. Public Versions of the Portions of Defendants' DPP Slides, Portions of Defendants' EPP Hughes Slides, and Portions of Defendants' EPP Ascertainability Slides and Defendants' slides tendered at the Class Action Hearing entitled: "Defendants' Presentation on EPP Class Certification Legal Issues" are attached as **Exhibits 2-5.**

Dated: May 11, 2020

Respectfully submitted,

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

Samuel G. Liversidge (*pro hac vice*)
Christopher D. Dusseault (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7855
Facsimile: (213) 229-6855
SLiversidge@gibsondunn.com
CDusseault@gibsondunn.com

Veronica S. Lewis (*pro hac vice*)
Ashley Johnson (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Ave. Ste. 2100
Dallas, TX 75201-6912
Telephone: (214) 698-3320
Facsimile: (214) 571-2936
VLewis@gibsondunn.com

Eric J. Stock (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2301
Facsimile: (212) 716-0801
estock@gibsondunn.com

Tarek Ismail (*pro hac vice*)
Jennifer L. Greenblatt (*pro hac vice*)
GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
200 South Whacker Drive, 22nd Floor
Chicago, IL 60606
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
tismail@goldmanismail.com
jgreenblatt@goldmanismail.com

*Counsel for Defendants Merck & Co., Inc.; Merck Sharp & Dohme Corp.; Schering-Plough Corp.; Schering Corp. and MSP Singapore Co. LLC*


*/s/ Richard H. Ottinger*
Richard H. Ottinger (VSB No. 38842)
Dustin M. Paul (VSB No. 75287)
Jennifer L. Eaton (VSB No. 87491)
VANDEVENTER BLACK LLP
101 West Main Street, Suite 500
Norfolk, VA 23510
Telephone: (757) 446-8600
Facsimile: (757) 446-8670
rottinger@vanblacklaw.com
dpaul@vanblacklaw.com
jeaton@vanblacklaw.com

Steven A. Reed (admitted *pro hac vice*)
R. Brendan Fee (admitted *pro hac vice*)
Zachary M. Johns (admitted *pro hac vice*)
Jessica J. Taticchi (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000

3

Facsimile: (215) 963-5001
steven.reed@morganlewis.com
brendan.fee@morganlewis.com
zachary.johns@morganlewis.com
jessica.taticchi@morganlewis.com

Stacey Anne Mahoney (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
stacey.mahoney@morganlewis.com

*Counsel for Defendants*
*Glenmark Pharmaceuticals Ltd. and*
*Glenmark Pharmaceuticals Inc., USA, incorrectly*
*identified as Glenmark Generics Inc., US*

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record who have filed an appearance.

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

*Counsel for Defendants Merck & Co., Inc.; Merck Sharp & Dohme Corp.; Schering-Plough Corp.; Schering Corp. and MSP Singapore Co. LLC*
