# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| IN RE: ZETIA (EZETIMIBE) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>All End-Payor Class Actions | MDL No. 2:18-md-2836<br><br>2:18-md-02836-RBS-DEM |

## END-PAYOR PLAINTIFFS' NOTICE OF FILING OF THE JULY 7, 2020 CLASS CERTIFICATION HEARING PRESENTATIONS

**PLEASE TAKE NOTICE THAT**, End-Payor Plaintiffs, by counsel, file this notice of filing of the End-Payor Plaintiffs July 7, 2020 class certification hearing presentations, filed herewith as Exhibits A and B.

Dated: July 17, 2020            Respectfully submitted,

By: */s/ James A. Cales III*

Alan Brody Rashkind (VSB No. 12658)
James A. Cales III (VSB No. 41317)
**FURNISS, DAVIS, RASHKIND AND SAUNDERS, PC**
6160 Kempsville Circle, Suite 341B
Norfolk, Virginia 23502
(757) 461-7100
arashkind@furnissdavis.com
jcales@furnissdavis.com

*Liaison Counsel for End-Payor Plaintiffs and the Proposed End-Payor Class*

Michael M. Buchman
Michelle C. Clerkin
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
(212) 577-0050

mbuchman@motleyrice.com
mclerkin@motleyrice.com

Marvin A. Miller
Lori A. Fanning
Matthew Van Tine
**MILLER LAW LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
(312) 332-3400
mmiller@millerlawllc.com
lfanning@millerlawllc.com
mvantine@millerlawllc.com

*Interim Co-Lead Counsel for End-Payor Plaintiffs and the Proposed End-Payor Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2020, a true copy of the foregoing document was served on all counsel of record by electronically filing the document with the Court's CM/ECF system.

Dated: July 17, 2020

                                              */s/ James A. Cales III*
                                              James A. Cales III