# EXHIBIT 2

HIGHLY CONFIDENTIAL

## Class Member Locations
## Retailer Plaintiffs Excluded



Source: Manufacturer data; Red Book; internet research.