UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| IN RE ZETIA (EZETIMIBE) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>All Actions | MDL No. 2:18-md-2836 |

## PRETRIAL ORDER NO. 11

The direct purchaser plaintiffs, end-payor plaintiffs, retailer plaintiffs, and new plaintiffs[1] and the defendants[2] in the above-referenced actions, through their respective counsel, hereby jointly stipulate as follows with respect to a schedule for discovery of the new plaintiffs and for all remaining pretrial deadlines for the parties proceeding to trial in April 2023, consistent with the Court's instruction during the July 22, 2022 status conference.

The parties shall adhere to the agreed upon dates in the following schedule. Should any future modification to the schedule become necessary in the view of any party, the parties shall confer and submit a request to the Court to amend the schedule on a joint or opposed basis, as appropriate.

---

[1] The new plaintiffs are McKesson Corporation, AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, H.D. Smith, LLC, Smith Medical Partners, LLC, Valley Wholesale Drug Company, LLC, Cardinal Health, Inc., The Harvard Drug Group, L.L.C., Cardinal Health P.R. 120, Inc., Meijer, Inc., Meijer Distribution, Inc., SUPERVALU, Inc., Wegmans Food Markets, Inc., KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc., MLI RX, LLC, Burlington Drug Company, Inc., Dakota Drug, Inc., J. M. Smith d/b/a Smith Drug Company, Louisiana Wholesale Drug Co., Inc., North Carolina Mutual Wholesale Drug Company, Prescription Supply, Inc., Value Drug Company, and Giant Eagle, Inc.

[2] The defendants are Merck & Co., Inc., Merck Sharp & Dohme LLC f/k/a Merck Sharp & Dohme Corp., Schering-Plough Corp., Schering Corp., MSP Singapore Co. LLC, Glenmark Pharmaceuticals, Ltd., and Glenmark Pharmaceuticals Inc., USA.

| Event | Date |
|---|---|
| New Plaintiffs serve initial disclosures. | August 12, 2022 |
| Defendants respond to second amended complaint filed by FWK Holdings, LLC et al. | August 15, 2022 |
| Defendants respond to complaints filed by Burlington Drug Company, Inc. et al. and Giant Eagle, Inc. | September 6, 2022 |
| New Plaintiffs substantially comply with discovery requests, including written responses and document productions. | September 30, 2022[3] |
| New Plaintiffs serve damages expert reports, if any. | October 14, 2022 |
| Deadline for Plaintiffs to disclose trial witness list pursuant to Rule 26(a)(3)(A)(i).[4] | October 28, 2022 |
| Defendants serve responsive expert reports to New Plaintiffs' damages expert reports, if any. | November 14, 2022 |
| New Plaintiffs advise which experts will be preparing rebuttal damages expert reports. | November 22, 2022 |
| New Plaintiffs serve rebuttal damages expert reports. | December 6, 2022 |
| Deadline to complete depositions of New Plaintiffs' and Defendants' experts.[5] | December 22, 2022 |
| Parties exchange Rule 26(a)(3) disclosures other than those required to be disclosed on October 28. | January 9, 2023 |

---

[3] This deadline applies only to (i) the assignments and data the New Plaintiffs have already agreed to produce and (ii) the forecasts the Court ordered that they produce at the August 17, 2022 hearing on New Plaintiff discovery. Should the Court permit the Defendants to serve any additional discovery requests on the New Plaintiffs, the parties will confer in an effort to agree on the deadline to substantially comply with those discovery requests.

[4] The Court has ruled that Defendants will be permitted to depose witnesses disclosed by Plaintiffs pursuant to Rule 26(a)(3). The parties will confer in an effort to agree on a deadline by which to complete these depositions. Should the Court permit Defendants to take any other depositions, or should the parties agree to such depositions, the parties will similarly confer in an effort to agree on a deadline by which to complete those depositions.

[5] Both parties reserve their rights with respect to whether experts issuing two reports may be deposed twice or just once.

| Event | Date |
|---|---|
| Parties file motions in *limine*. | January 17, 2023 |
| Parties file oppositions to motions in *limine*. | January 30, 2023 |
| Parties serve objections to Rule 26(a)(3) disclosures. | February 17, 2023 |
| Attorneys conference. | February 14, 2023 |
| Parties serve proposed draft of pretrial order. | February 21, 2023 |
| Parties file proposed voir dire, jury instructions, trial briefs, and witness summaries. | February 28, 2023 |
| Final pretrial conference. | March 22, 2023 |
| Parties submit trial exhibits (original and two copies, bound, tabbed, numbered, and indexed) in binders per Local Rule 79. | April 7, 2023 |
| Trial begins.[6] | April 10, 2023 |

**IT IS SO STIPULATED,** through counsel of record.

**SO ORDERED.**

Dated: __October 26__, 2022

/s/ RBS
Rebecca Beach Smith
**Senior United States District Judge**

The Honorable Rebecca Beach Smith
Senior United States District Judge

---

[6] On October 6, 2022, Glenmark filed a motion to modify the trial date in order to accommodate Glenmark's co-lead counsel's religious observance of Passover. As a result, the trial start date may change.

3

**WE ASK FOR THIS:**

*/s/ Stephen E. Noona*
Stephen E. Noona
Virginia State Bar No. 25367
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3239
Facsimile: (888) 360-9092
senoona@kaufcan.com

*Counsel for Defendants Merck & Co., Inc.;*
*Merck Sharp & Dohme LLC; Schering-Plough Corp.;*
*Schering Corp. and MSP Singapore Co. LLC*


*/s/ Richard H. Ottinger*
Richard H. Ottinger (VSB No.: 38842)
Dustin M. Paul (VSB No.: 75287)
Edward J. Powers (VSB No. 32146)
WOODS ROGERS VANDEVENTER BLACK
101 West Main Street, Suite 500
Norfolk, VA 23510
Telephone: (757) 446-8600
Facsimile: (757) 446-8670
rottinger@vanblacklaw.com
dpaul@vanblacklaw.com
epowers@vanblacklaw.com

*Counsel for Defendants*
*Glenmark Pharmaceuticals Ltd. and*
*Glenmark Pharmaceuticals Inc., USA, incorrectly*
*identified as Glenmark Generics Inc., US*


*/s/ James A. Cales III*
James A. Cales III (VSB No. 41317)
Alan Brody Rashkind (VSB No. 12658)
FURNISS, DAVIS, RASHKIND AND
SAUNDERS, PC
6160 Kempsville Circle, Suite 341B
Norfolk, VA 23502
Telephone: (757) 461-7100
arashkind@furnissdavis.com
jcales@furnissdavis.com

*Local Counsel for End-Payor Class*
*Sergeants Benevolent Association Health*
*& Welfare Fund, UFCW Local 1500 Welfare*
*Fund, Philadelphia Federation of Teachers*
*Health and Welfare Fund, City of Providence,*
*Rhode Island, Law Enforcement Health*
*Benefits, Inc., Painters District Counsel No. 30*
*Health and Welfare Fund, International Union of*
*Operating Engineers Local 49 Health and*
*Welfare Fund, Uniformed Firefighters' Association*
*of Greater New York Security Benefit Fund,*
*The Retired Firefighters' Security Benefit Fund*
*of the Uniformed Firefighters' Association,*
*Turlock Irrigation District*


*/s/ William H. Monroe, Jr.*
William H. Monroe, Jr. (VSB No. 27441)
Marc C. Greco (VSB No. 41496)
Kip Harbison (VSB No. 38648)
Michael A. Glasser (VSB No. 17651)
GLASSER AND GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510
Telephone: (757) 625-6787
Facsimile: (757) 625-5959
bill@glasserlaw.com
marcg@glasserlaw.com
kip@glasserlaw.com
michael@glasserlaw.com

*Local Counsel for Direct Purchaser Plaintiffs*
*FWK Holdings, LLC, Rochester Drug*
*Cooperative, Inc., Cesar Castillo, Inc. and the*
*Proposed Direct Purchaser Class and*
*New Plaintiffs McKesson Corporation, AmerisourceBergen*
*Corporation, AmerisourceBergen Drug Corporation,*
*H.D. Smith, LLC, Smith Medical Partners, LLC,*
*Valley Wholesale Drug Company, LLC, Cardinal Health,*
*Inc., The Harvard Drug Group, L.L.C., Cardinal*
*Health P.R. 120, Inc., Meijer, Inc., Meijer Distribution,*
*Inc., SUPERVALU, Inc., Wegmans Food Markets, Inc.,*
*KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc.,*
*MLI RX, LLC*

*/s/ John F. Sawyer*
John F. Sawyer (VSB No. 6592)
WOLCOTT RIVERS GATES
Convergence Center V
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
Telephone: (757) 554-0249
Facsimile: 757-497-7267
sawyer@wolriv.com

*Local Counsel for Retailer Plaintiffs
Walgreen Co., The Kroger Co., Albertsons
Companies, Inc., HEB Company L.P.,
Rite Aid Corporation, Rite Aid Hdqtrs. Corp.,
CVS Pharmacy, Inc. and New Plaintiffs
Burlington Drug Company, Inc., Dakota
Drug, Inc., J M Smith Corporation d/b/a
Smith Drug Company, Louisiana Wholesale
Drug Co., Inc., North Carolina Mutual Wholesale
Drug Company, Prescription Supply, Inc., Value
Drug Company, and Giant Eagle, Inc.*

20948218.v2

6