IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| IN RE: ZETIA (EZETIMIBE) ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *All Actions* | Case No.   2:18-md-2836 |

**DECLARATION OF BARRY L. REFSIN IN SUPPORT OF PURCHASERS' MOTION TO ALLOCATE TRIAL TIME**

I, Barry L. Refsin, hereby declare as follows:

1. I am an attorney-at-law of the Commonwealth of Pennsylvania and the State of New Jersey and I have been admitted *pro hac vice* to this Court. I am a shareholder of the law firm of Hangley Aronchick Segal Pudlin & Schiller and counsel for CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Hdqtrs. Corp. I provide this declaration in support of the Purchasers' Motion to Allocate Trial Time.

2. Attached as **Exhibit 1** is a true and accurate copy of the indices for the transcripts of each day of witness testimony from the *Provigil* trial, *Apotex, Inc. v. Cephalon, Inc.*, No. 2:06-cv-02768-MSG, Trial Trs. at ECF Nos. 1267, 1268, 1269, 1270, 1271, 1272, 1273, 1274, 1275, 1276, 1277, 1278, 1279, 1280, 1281, 1282 (E.D. Pa.).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 3, 2023

*Barry L. Refsin*
_____
Barry L. Refsin

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

Dated: March 3, 2023

/s/ William H. Monroe, Jr.
William H. Monroe, Jr. (VSB No. 27441)
GLASSER AND GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510