UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| IN RE ZETIA (EZETIMIBE) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>Direct Purchaser Actions | MDL No. 2:18-md-2836 |

**ORDER OF DISMISSAL**

Upon stipulation of the parties and good cause appearing therefore, it is hereby ORDERED that the actions of all of the Direct Purchaser Plaintiffs, FWK Holdings, LLC, Rochester Drug Cooperative, Inc., Cesar Castillo, LLC, McKesson Corporation, AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, H.D. Smith, LLC, Smith Medical Partners, LLC, Valley Wholesale Drug Company, LLC, Cardinal Health, Inc., The Harvard Drug Group, L.L.C., Cardinal Health P.R. 120, Inc., Meijer, Inc., Meijer Distribution, Inc., SUPERVALU, Inc., Wegmans Food Markets, Inc., KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc., MLI RX, LLC, Burlington Drug Company, Inc., Dakota Drug, Inc., J M Smith Corporation d/b/a Smith Drug Company, Louisiana Wholesale Drug Co., Inc., North Carolina Mutual Wholesale Drug Company, Prescription Supply, Inc., and Value Drug Company as to Defendants Merck & Co., Inc., Merck Sharp & Dohme Corp. (now known as Merck Sharp & Dohme LLC), Schering-Plough Corp., Schering Corp., MSP Singapore Co. LLC, Glenmark Pharmaceuticals, Ltd., and Glenmark Pharmaceuticals Inc., USA, are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

The Court retains jurisdiction with respect to any suit, action, proceeding seeking to enforce the terms of the settlement agreement resolving these actions.

Dated: May 23, 2023

/s/ RBS
Rebecca Beach Smith
Senior United States District Judge

The Honorable Rebecca Beach Smith
United States Senior District Judge