UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN RE ZETIA (EZETIMIBE) ANTITRUST LITIGATION

This document relates to:

*Walgreen* (2:18-cv-266)
*Rite Aid* (2:18-cv-423)
*CVS* (2:18-cv-439)
*Giant Eagle* (2:22-cv-268)

MDL No. 2:18-md-2836

## ORDER OF VOLUNTARY DISMISSAL

Upon consideration of the Retailer Plaintiffs' consent motion for voluntary dismissal in accordance with the parties' settlement of this matter, it is hereby,

**ORDERED** that these cases are **DISMISSED** *with prejudice*, with each party bearing its own attorneys' fees and costs. Jurisdiction in these matters is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

IT IS SO ORDERED.

/s/ —RBS
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

May 26, 2023