UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| IN RE: ZETIA (EZETIMIBE) ANTITRUST LITIGATION | MDL No. 2836 |
| THIS DOCUMENT RELATES TO: | No. 2:18-md-2836- RBS-DEM |
| All End-Payor Class Actions | |

## ORDER

THIS MATTER is before the Court upon End-Payor Class Plaintiffs' Unopposed Motion for Leave to File Corrected Memorandum in Support, ECF No. 2145. Having considered the parties' written submissions, the proposed corrected filing, and that the defendants have no objection to the filing of this corrected submission, it is

**ORDERED**, that End-Payor Class Plaintiffs' Unopposed Motion to for Leave to file a Corrected Memorandum in Support be and hereby is **GRANTED** and the Corrected Memorandum in Support of Unopposed Motion for Preliminary Approval of Proposed Settlement, Approval of the Form and Manner of Notice to the Class, and Schedule a Fairness Hearing shall be filed.

/s/
Rebecca Beach Smith
Senior United States District Judge

DATED: June 2, 2023

United States District Judge