UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| IN RE: ZETIA (EZETIMIBE) ANTITRUST LITIGATION | MDL No. 2:18-md-2836 |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## MEMORANDUM IN SUPPORT OF MOTION FOR WITHDRAWAL

NOW COMES Edward J. Powers, and in support of his Motion for Withdrawal as counsel of record for Defendants Glenmark Pharmaceuticals Ltd. and Glenmark Pharmaceuticals Inc., USA, incorrectly identified as Glenmark Generics Inc., USA ("Glenmark"), states as follows:

1. Edward J. Powers will be leaving the law firm of Woods Rogers Vandeventer Black PLC to take an in-house counsel position at the end of June.

2. Richard H. Ottinger with the law firm of Woods Rogers Vandeventer Black PLC, will continue to serve as local counsel of record on behalf of Glenmark in this case.

3. Plaintiffs and Co-Defendants will not be prejudiced by the withdrawal of Mr. Powers as counsel of record at this time, and Mr. Powers' withdrawal will not affect any deadlines.

WHEREFORE, Edward J. Powers for the reasons stated above and for good cause shown, respectfully moves to withdraw as counsel for Glenmark in this action, that the Clerk's Office remove his name from the list of individuals who receive notices through the CM/ECF system for this case, and for such other and further relief as the Court finds appropriate.

Dated: June 8, 2023

Respectfully submitted,

/s/ *Edward J. Powers*

Edward J. Powers (VSB No.: 32146)
Richard H. Ottinger (VSB No.: 38842)
Dustin M. Paul (VSB No.: 75287)
Jennifer L. Eaton (VSB No. 87491)
Woods Rogers VANDEVENTER BLACK PLC
101 West Main Street, Suite 500
Norfolk, VA 23510
Tel: 757.446.8600 / Fax: 757.446.8670
ed.powers@wrvblaw.com
richard.ottinger@wrvblaw.com
dustin.paul@wrvblaw.com
jennifer.eaton@wrvblaw.com

*Counsel for Defendants*
*Glenmark Pharmaceuticals Ltd. and Glenmark*
*Pharmaceuticals Inc., USA, incorrectly identified as*
*Glenmark Generics Inc., US*