UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| IN RE: ZETIA (EZETIMIBE) ANTITRUST LITIGATION<br><br>This Document Relates To: All End-Payor Actions | MDL No. 2836<br>No. 2:18-md-2836-RBS-DEM |

**END-PAYOR PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF SETTLEMENT AND ENTRY OF FINAL JUDGMENT
AND ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 23, the End-Payor Plaintiffs respectfully move for entry an Order granting final approval of the proposed $70,000,000 million class action settlement originally submitted to the Court on May 22, 2023.[1] The Court granted preliminary approval on June 6, 2023.[2]

The End-Payor Plaintiffs also move for entry of an Order of Final Judgment and Order of Dismissal, filed on September 13, 2023.

In support of this motion, the End-Payor Plaintiffs respectfully submit the accompanying memorandum of law and the Declaration of Michael M. Buchman dated September 13, 2023.

A proposed order is attached as Exhibit A.

Dated: September 13, 2023            Respectfully submitted,

                                     */s/ James A. Cales III*
                                     _____

                                     Alan Brody Rashkind (VSB No. 12658)

---

[1] ECF Nos. 2131-2134.
[2] ECF No. 2151.

James A. Cales III (VSB No. 41317)
**Furniss, Davis, Rashkind and Saunders, P.C.**
6160 Kempsville Circle
Suite 341B
Norfolk, VA 23502
(757) 461-7100
(757) 461-0083 (facsimile)
arashkind@furnissdavis.com
jcales@furnissdavis.com

*Local Counsel for the End-Payor Plaintiff Class*

Marvin A. Miller
Matthew E. Van Tine
Lori A. Fanning
**MILLER LAW LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
(312) 332-3400
mmiller@millerlawllc.com
mvantine@millerlawllc.com
lfanning@millerlawllc.com

Michael M. Buchman
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
(212) 577-0050
mbuchman@motleyrice.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, a true and correct copy of the foregoing document was served on all counsel of record by electronically filing the document with the Court's CM/ECF system.

                                               */s/ James A. Cales III*
                                               James A. Cales III